UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FRANK ORTIZ, | ) | 3:07-CV-0001-PMP (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | July 31, 2007 |
| | ) | |
| ANTHONY BARBER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>FRANK JUSTILIANO</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Motion for Enlargement of Time to File Opposition to Motion for Entry of Default Judgment (First Request) (Doc. #12).

Defendants' Motion for Enlargement of Time to File Opposition to Motion for Entry of Default Judgment (First Request) (Doc. #12) is <u>GRANTED</u>.   Defendants shall have to and including August 10, 2007, in which to oppose Plaintiff's Motion for Entry of Default Judgment (Doc. #11).

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
        Deputy Clerk