UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANK ORTIZ,

            Plaintiff,            3:07-CV-00001-PMP-RAM

v.

                          ORDER

GREG COX, et al.,

            Defendants.

IT IS ORDERED that Defendants' Motion to Vacate Trial Date and Stay Proceedings Pending Ruling on Dispositive Motions (Doc. #230) is hereby GRANTED. The calendar call set for July 22, 2010 and the trial date set for July 27, 2010 are hereby vacated.

IT IS FURTHER ORDERED that Defendants' Motion for Enlargement of Time in Which to Respond to Plaintiff's Emergency Motion (Doc. #229) is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants' shall file their response no later than August 4, 2010.

DATED: July 6, 2010

_____
PHILIP M. PRO
United States District Judge

1