UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FRANK ORTIZ, | ) | 3:07-CV-00001-PMP-RAM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ANTHONY BARBER, et al., | ) | |
| Defendants. | ) | |

Court having read and considered Plaintiff's Emergency Motion for Preliminary Injunction (Doc. #225), filed on June 24, 2010, and Defendants' Response thereto (Doc. #241) filed August 4, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Frank Ortiz' Emergency Motion for Preliminary Injunction (Doc. #225) is **DENIED**.

DATED: August 6, 2010.

_____
PHILIP M. PRO
United States District Judge